FILED BY ⎯⎯ D.C.

05 MAY 19 PH 12: 32

ROBERT R. ⎯⎯
CLERK, U.S. ⎯⎯
W.D. OF TN, MEMPHIS

FILED BY JSW ⎯⎯ D.C.

05 MAY -2 AM 8: 48

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**

vs.

**ALAN WILKINS,**

**Defendant.**

Docket No. 03-20266

MOTION GRANTED
Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

May 18 2005
DATE

## MOTION OF DEFENDANT ALAN WILKINS TO
## PROCEED IN FORMA PAUPERIS FOR PURPOSES OF APPEAL

**COMES NOW** the Defendant, Alan Wilkins, and in support of the above Motion, respectfully states as follows:

1. Through his attorney, James T. Allison, the Defendant has filed a Notice of Appeal from the verdict of the jury in the above case. At the trial level the Defendant retained his attorney, but cannot afford to pay an attorney to handle his appeal. Defendant has been incarcerated since his arrest, and his family assisted with his legal fees.

2. Defendant states to the Court that he is no longer able to pay his attorney to handle his appeal, as the costs of a transcript and asks the Court to declare him indigent and he be allowed to proceed In Forma Pauperis on appeal.

**WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS:**

1. That this Court declare him to be indigent and allow him to proceed In Forma Pauperis on appeal.

64

Respectfully submitted,

*[signature: James T. Allison]*

JAMES T. ALLISON #8483
Attorney for Defendant
  Alan Wilkins
100 North Main Building, Suite 2309
Memphis, TN 38103
Telephone (901) 528-0020
Fax  (901) 526-7114

## CERTIFICATE OF SERVICE

I, James T. Allison, hereby certify that I have service a copy of the foregoing Motion upon David Henry, Assistant United States Attorney at his address by hand delivery this 2d day of May, 2005.

*[signature: James T. Allison]*

JAMES T. ALLISON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CR-20266 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT